```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 05335
   IRENE A CHERNETTI
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-1929


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/06/08 and confirmed on 08/01/08.

   2.  The case was converted to Chapter 7 after confirmation, 11/22/2008.

   3.  The Debtor paid a total of $   3264.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| DEUTSCHE BANK | SECURED | .00 | .00 | .00 |
| DEUTSCHE BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| BANK OF AMERICA NA | SECURED | .00 | .00 | .00 |
| HARRIS BANK | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5865.81 | .00 | 1625.44 |
| CENTRAL PROFESSIONAL GRO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3463.42 | .00 | 959.72 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1779.86 | .00 | 493.21 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| MARSEILLES AREA AMBULANC | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PROSPER MARKETPLACE INC | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| SURENDRA M GULATI MD< | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 11109.09 | .00 | 11109.09 |
| PRINCIPAL PAID | .00 | .00 | 3078.37 | .00 | 3078.37 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 3078.37 | .00 | 3078.37 |

The Debtor's attorney, OTTENHEIMER TEPLINSKY          , was allowed $       .00
and was paid $       .00 .

The Trustee received $     185.63 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



                              PAGE  2
     CASE NO. 08 B 05335 IRENE A CHERNETTI